## New York Marine Court.

*Special Term—March* 30, 1878.

## GEORGE P. WEST *against* THERESA LYNCH.

**Costs allowable on appeal from judgment and order denying motion for a new trial.**—The successful party is not entitled to a double bill of costs on two appeals to the general term in the same case,—one from the judgment, and the other from the order denying the motion for a new trial. This was so decided by the supreme court in Bullard *v.* Pearsall (46 *How. Pr.* 383), affirmed afterwards by the court of appeals (see note at 46 *How. Pr.* 530, the authenticity of which has been confirmed by letters in my possession from the clerk of the court of appeals, and from counsel engaged in the cause). This decision has the effect of overruling the various cases cited by the respondent's counsel, in which double costs were allowed.

The above was filed by McADAM, J., March 30, 1879, and the clerk was directed to tax the costs upon appeal accordingly.

## New York Marine Court.

*Special Term—November* 10, 1877.

## MARGARET HOAG *against* RALPH MOSS, ET AL.

Where the plaintiff, in an action of replevin, recovers six cents damages, and the value of the property recovered was assessed at $30: *Held* (following several cases), that the plaintiff was, under the statute as to costs, entitled to recover the same amount of costs as damages.

McADAM, J.—The plaintiff recovered a verdict in an action of claim and delivery. The jury assessed the value of the property at $30, and awarded her six cents damages. The statute (1875, c. 479, § 45, subd. 4;